AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    8:24-mj-2859-SPF |
| Jonathan Lee Beckett | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 29, 2024 _____ in the county of _____ Hillsborough _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, or impeding a federal police officer. |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_Gregory C. Schuster_ ✓✓

_Complainant's signature_

Gregory E. Schuster II, Special Agent, HSI

_Printed name and title_

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____ 12/01/2024 _____

_Judge's signature_

City and state: _____ Tampa, Florida _____    SEAN P. FLYNN

_Printed name and title_

## INTRODUCTION

1.     I, Gregory E. Schuster II, am a Special Agent with Homeland Security Investigations ("HSI"), and currently assigned to HSI's Tampa Office. I have been a law enforcement officer for approximately 29 years, 17 of those years I have served as a Special Agent with HSI. I have conducted numerous criminal investigations of both state and federal crimes.

2.     Since August of 2007, I have been assigned as a Special Agent to the Tampa, Florida Special Agent in Charge Office. I am currently assigned to the cyber investigations group where I investigate computer related crimes. Prior to this assignment, I was assigned to the Panama Express Strike Force where I investigated transnational drug organizations, the child exploitation group where I investigated the production and possession of child exploitation material, and the financial group where I investigated financial related crimes.

3.     This affidavit is submitted in support of a criminal complaint charging **Jonathan Lee Beckett** with assaulting, resisting, or impeding a federal police officer, to wit, an officer of the United States Customs and Border Patrol ("CBP"), while said officer was engaged in his official duties, in violation of 18 U.S.C. § 111(a)(1).

4.     The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain

each and every fact known to me or other law enforcement agents concerning this investigation.

## PROBABLE CAUSE

5.    On November 29, 2024, I received a duty agent call about a cruise ship passenger who resisted, impeded and attempted to assault a CBP officer in or around Terminal 6 at Port Tampa Bay in Tampa, Florida in the Middle District of Florida. The CBP officers identified **Beckett** as the individual that resisted and attempted to assault the CBP agent.

6.    On or about November 29, 2024, at approximately 9:00 a.m., **Beckett** disembarked the vessel Margaritaville at Sea Islander ("Islander") arriving from Cozumel, Mexico, and was in the Federal Inspection Area ("FIA") which serves to process cruise passengers for admission into the United States. A short time later, **Beckett** was then observed running back through the FIA, towards the Islander. CBP officers then verbally commanded **Beckett** to stop but he disregarded all their commands and CBP officers gave pursuit. **Beckett** ran back to the ship and ship security unsuccessfully attempted to stop him from re-boarding. When CBP officers tried to stop **Beckett**, he attempted to strike one of the officers with his hand, while actively resisting CBP officers from detaining him and placing him in handcuffs.

## CONCLUSION

7.    Based upon the foregoing information, I submit that probable cause exists to believe that **Jonathan Lee Beckett**, while in the Middle District of Florida in the United States, did attempt to assault, resist, or impede a federal police officer, to wit, an officer of the United States Customs and Border Patrol, while said officer was engaged in his official duties, in violation of 18 U.S.C. § 111(a)(1).

*Gregory C. Schuster*
_____
Gregory E. Schuster II
Special Agent
Homeland Security Investigations

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d)(3) via telephone on this 1st day of December 2024.

_____
SEAN P. FLYNN
United States Magistrate Judge