# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jonathan Lee Beckett | ) |
| | )    Case No.    8:24-mj-2859-SPF |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information   ❏ Superseding Information   ☑ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition   ❏ Violation Notice    ❏ Order of Court

| Place: United States District Court 801 North Florida Avenue Tampa, Florida 33602-4511 | Courtroom No.:    11B |
|---|---|
| | Date and Time:    12/16/2024 at 11:00 a.m. |

This offense is briefly described as follows:

Assaulting, resisting, or impeding a federal police officer, to wit, an officer of the United States Customs and Border Patrol ("CBP"), while said officer was engaged in his official duties, in violation of 18 U.S.C. § 111(a)(1).

Date:    12/01/2024

                                  *Issuing officer's signature*

                         U.S. Magistrate Judge Sean P. Flynn

                                     *Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ❏ Returned this summons unexecuted

Date:    12-02-2024

                                *Server's signature*

       Gregory E. Schuster II    Special Agent HSI

                           *Printed name and title*

At the time of your arraignment, you will be called upon to enter a plea to the charges, and your attorney should be present. Contact the U.S. Pretrial Services Office at 500 Zack Street, Tampa, Florida 33602, (813) 225-7648 or (800) 676-0125, before the scheduled hearing for a Pretrial Services interview.

Case No.   8:24-mj-2859-SPF

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender:   Jonathan Lee Beckett

Last known residence:   1087 Parton Drive, Lincolnton, GA 73529

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)*   12-01-2024   .

☒ I personally served the summons on this defendant   JONATHAN LEE BECKETT   at
*(place)*  4918 N. HABANA TAMPA, FL   on *(date)*  12-02-2024  ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned:  12-02-2024

*Server's signature*

Gregory E. Schuster II   Special Agent NCIS
*Printed name and title*

Remarks: