## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:24-mj-2859-SPF | **DATE:** | December 16, 2024 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v.<br><br>JONATHAN LEE BECKETT | | **GOVERNMENT COUNSEL**<br>David Chee, AUSA | |
| | | **DEFENSE COUNSEL**<br>Samuel Landes, AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** 11:07 – 11:22 | **TOTAL:** 0:15 | **COURTROOM:** | 11B |

## PROCEEDINGS: INITIAL APPEARANCE

[X]     DEFENDANT PRESENT          [X] NOTICE TO APPEAR: 12/16/2024
[X]     DEFENDANT PROVIDED WITH COPY OF COMPLAINT; COURT SUMMARIZED CHARGES
[X]     COURT ADVISES DEFENDANT OF RULE 5 RIGHTS
[X]     FINANCIAL AFFIDAVIT FILED
[X]     DEFENDANT ORAL MOTION TO APPOINT COUNSEL
[X]     COURT ORAL ORDER DEFENSE ATTORNEY: Samuel Landes, AFPD appointed
[X]     COURT ORAL ORDER DUE PROCESS PROTECTIONS ACT
[X]     DEFENDANT WAIVES PRELIMINARY EXAMINATION HEARING
[X]     GOVERNMENT: not seeking Detention
[X]     GOVT POSITION: $5000.00 unsecured bond to be cosigned, mental health evaluation and/or treatment
[X]     DEFENDANT POSITION: agrees with conditions of release suggested by Government

[X]     COURT ORDERS:  RELEASED, Unsecured Bond in amount of $5,000.00 to be cosigned by mother
          Shannon Penrow, shall report to U.S. Pretrial Services as directed, shall obtain psychiatric treatment