## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:24-MJ-2859-SPF**

**JONATHAN LEE BECKETT**

_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to

represent the Defendant, **JONATHAN LEE BECKETT,** in the above-styled cause.

The Clerk is requested to enter the appearance of **SAMUEL LANDES**,

Assistant Federal Defender, as counsel for the Defendant.

DATED this 18th day of December 2024.

Respectfully Submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

_/s/ Samuel Landes_
Samuel Landes, Esq.
DC Bar No. 1552625
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December 2024, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

David W.A.Chee, AUSA

*/s/ Samuel Landes*
Samuel Landes, Esq.
Assistant Federal Defender