UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24cr567-KKM-AEP

JONATHAN LEE BECKETT                   18 U.S.C. § 111(a)(1)
                                       (Assaulting, Resisting, or
                                       Impeding a Federal Police
                                       Officer)

DEC 30 2024 PM2:55
FILED - USDC - FLMD - TPA

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(Assaulting, Resisting, or Impeding a Federal Police Officer)**

On or about November 29, 2024, in the Middle District of Florida, the

defendant,

JONATHAN LEE BECKETT,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with United

States Customs and Border Patrol Officer T.P, Officer B.B, and Officer X.M., where

the aforesaid individuals are officers and employees of the United States and of any

agency in any branch of the United States Government, while Officer T.P, Officer

B.B, and Officer X.M. were engaged in their official duties and on account of the

performance of Officer T.P, Officer B.B., and Officer X.M.'s official duties.

In violation of 18 U.S.C. § 111(a).

ROGER B. HANDBERG
United States Attorney

By: _____

FOR David W.A. Chee
Assistant United States Attorney

By: _____

Daniel Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime