UNITED STATES OF AMERICA

v.                                                    CASE NO.  8:24-cr-567-KKM-AEP

JONATHAN LEE BECKETT

## NOTICE OF CORPORATE VICTIMS

I hereby disclose the following information pursuant to this honorable Court's

Order (Doc. 16):

1.  I am not aware of any corporate victim, corporate interested party, or legal

    entity that hold "any interest in a corporate victim's or interested party's

    shares or stock."

2.  I hereby certify that I am unaware of any actual or potential conflict of interest

    involving the U.S. District Court Judge assigned to this case, and will notify

    the Court in writing, forthwith, upon learning of any such conflict.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   _____
David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: David.Chee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

All Counsel of Record.

By: _____

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov