UNITED STATES OF AMERICA

v.                       Case No. 8:24-Cr-567-KKM-AEP

JONATHAN LEE BECKETT

_____ /

### NOTICE OF APPEARANCE

COMES NOW, SAMUEL LANDES, attorney for **JONATHAN LEE BECKETT**, and hereby enters his appearance on behalf of said defendant in the above-captioned case.

### WAIVER OF DEFENDANT'S PRESENCE AT
### ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, **JONATHAN LEE BECKETT**, the above-named defendant, do hereby waive my right to be present at arraignment and enter this written plea of not guilty to the charges set out in the indictment filed in this case. I hereby state that I have received a copy of said indictment.

*Samuel Landes*

_____
**SAMUEL LANDES, ESQ.**
Counsel for Defendant

Date: ____1/7/25____

_____
**JONATHAN LEE BECKETT**
Defendant

## REQUEST FOR DISCOVERY

COMES NOW, **JONATHAN LEE BECKETT**, by and through undersigned counsel, and hereby gives notice that he requests discovery provided by Rule 16, Federal Rules of Criminal Procedure.

 **/s/ Samuel Landes**
Samuel Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile: (813) 228-2562
Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___7th__ day of January 2025, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to the Assistant United States Attorney David W.A. Chee, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602.

 **/s/ Samuel Landes**
Samuel Landes, Esq.
Assistant Federal Defender

## <u>CONSENT TO WAIVER OF DEFENDANT'S PRESENCE</u>
## <u>AT ARRAIGNMENT</u>
## <u>AND RECEIPT OF PLEA OF NOT GUILTY</u>

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry

of Not Guilty Plea for **JONATHAN LEE BECKETT** and direct that the plea of not

guilty be received for filing.  The matter of discovery will be addressed by separate

order.

Date: _____          _____
                                     UNITED STATES MAGISTRATE JUDGE