# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-567-KKM-AEP | | DATE: | January 15, 2025 |
|---|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN LEE BECKETT | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>David Chee AUSA | |
| | | | **DEFENSE COUNSEL**<br>Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** | 11:34 to 11:36 | **TOTAL:** 2 min | **PRETRIAL** | |
| | | | **COURTROOM:** | 10A |

**PROCEEDINGS:  ARRAIGNMENT**

DEFENDANT NOT PRESENT.

Waiver of presence at arraignment filed by defendant.

Court reviews the charging information.    Proceeding as a class A misdemeanor.

Status conf:   February 11, 2025 at 9:00 am before KKM
Trial term:   March 2025 trial term beginning week of March 3, 2025

Oral motion for discovery.    Oral motion for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).

Referred to Magistrate Judge Porcelli for Pretrial Discovery Order.

PRE-TRIAL DISCOVERY ORDER to be electronically filed.

DEFENDANT – will remain on bond

Due process order.