UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24-cr-567-KKM-AEP

JONATHAN LEE BECKETT

**<u>NOTICE OF APPEARANCE</u>**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this Notice of Appearance of the undersigned

as counsel for the United States in the above-captioned case.

Assistant United States Attorney David J. Pardo has been assigned as co-

counsel in this case.   Please forward all materials in this case to both counsel and co-

counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:   */s/ David J. Pardo*
David J. Pardo
Assistant United States Attorney
Florida Bar No. 61284
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Pardo@usdoj.gov

**U.S. v. JONATHAN LEE BECKETT**     **Case No. 8:24-cr-567-KKM-AEP**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Samuel Landes, Esq

 */s/ David J. Pardo*
David J. Pardo
Assistant United States Attorney
Florida Bar No. 61284
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Pardo@usdoj.gov