# UNITED STATES DISTRICT COURT

for the

Middle District of Florida  ☑

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Lee Beckett<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.  8:24-cr-567-KKM-AEP

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
*Defendant's signature*

~~Waiver of a Right to Trial by Jury~~

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States ~~consents to the jury-trial waiver.~~ _____
*Government representative's signature*

_____
*Government representative's printed name and title*

~~Waiver of a Right to Have 30 Days to Prepare for Trial~~

~~I waive my right to have 30 days to prepare for trial.~~

_____
*Defendant's signature*

Samuel Landes
_____
*Printed name of defendant's attorney (if any)*

*Samuel Landes*
_____
*Signature of defendant's attorney (if any)*

Date:  _____     Approved by:  _____
*Magistrate Judge's signature*