# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida ▾

| United States of America | ) |
|---|---|
| v. | ) |
| Jonathan Lee Beckett | ) Case No. 8:24-cr-567-KKM-AEP |
| | ) |
| _Defendant_ | ) |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
_Defendant's signature_

~~Waiver of a Right to Trial by Jury~~

I waive my right to a jury trial.

_____
_Defendant's signature_

The United States ~~consents to the jury-trial waiver.~~

_____
_Government representative's signature_

_____
_Government representative's printed name and title_

~~Waiver of a Right to Have 30 Days to Prepare for Trial~~

~~I waive my right to have 30 days to prepare for trial.~~

_____
_Defendant's signature_

**Samuel Landes**
_____
_Printed name of defendant's attorney (if any)_

_Samuel Landes_
_____
_Signature of defendant's attorney (if any)_

Date: _May 15, 2025_

Approved by: _Kathryn Kimball Mizelle_
Kathryn Kimball Mizelle
United States District Judge