# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:24-cr-567-AEP | **DATE:** May 29, 2025 |
| **HONORABLE ANTHONY E. PORCELLI** | **INTERPRETER:** N/A |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **JONATHAN LEE BECKETT** | **GOVERNMENT'S COUNSEL:** <br> Adam McCall, AUSA, stands in for <br> David W.A. Chee, DOJ-USAO |
| | **DEFENDANT'S COUNSEL:** <br> Samuel Landes, AFPD |
| **COURT REPORTER:** DIGITAL | **COURTROOM:** 10A |
| **TIME:** 11:00 A.M. – 11:04 A.M. | **TOTAL:** 4 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

## PROCEEDING: STATUS CONFERENCE

Court in session.

Counsel is present and identified for the record.

Mr. McCall stands in for Mr. Chee.

The parties have consented to proceed before the Magistrate Judge.

This matter is currently set on the July 2025 Trial Calendar.

The parties request a continuance.

The Court directs defense counsel to file a written motion with a speedy trial waiver signed by the Defendant.

Another status conference is scheduled for July 1, 2025, at 2:00 p.m. Defendant's presence is not required.

Court is adjourned.