# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:24-cr-567-AEP | **DATE:** | July 1, 2025 |
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA** Plaintiff, v. | | **GOVERNMENT COUNSEL** David Chee AUSA | |
| **JONATHAN LEE BECKETT** Defendant. | | **DEFENDANT'S COUNSEL** Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 2:03 to 2:08     TOTAL: 5 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:** STATUS CONFERENCE:

Defendant is not present.   Jury trial – 2 days.

Defense counsel to file a speedy trial waiver within the next 10 days.

Jury trial - August 18

Next status conf: August 6 at 10:00 am. To discuss scheduling.