# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:24-cr-567-AEP | DATE: | August 6, 2025 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br>v. | | **GOVERNMENT COUNSEL**<br>David Chee AUSA | |
| **JONATHAN LEE BECKETT**<br>Defendant. | | **DEFENDANT'S COUNSEL**<br>Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 10:03 to 10:09 TOTAL: 6 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:** STATUS CONFERENCE:

The defendant is not present.

Dkt 45, a motion in limine, has been filed.

Parties discuss the motion and the defendant's evaluation.

Oral motion to continue trial. Oral motion granted. Trial continued – new date TBD.

Status conference scheduled for 8/18/2025 at 10:00 am via zoom.

Speedy trial is currently waived through August 3. Public Defendant to consult defendant and file a waiver of speedy trial.