# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **Case No. 8:24-cr-567-KKM-AEP**

**JONATHAN LEE BECKETT**

_____/

## NOTICE OF INTENT TO ADMIT EXPERT EVIDENCE OF DEFENDANT'S MENTAL CONDITION UNDER FED. R. CRIM. P. 12.2

**NOW COMES** Defendant, Jonathan Lee Beckett, by and through undersigned counsel, and provides this Court and the Government with notice of his intent to admit expert evidence regarding Defendant's mental status under Fed. R. Crim. P. 12.2(b).

DATED this 12th day of August 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th of August 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA David Chee.

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender