**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                            **Case No. 8:24-cr-567-AEP**

**JONATHAN LEE BECKETT**

_____/

**LIMITED WAIVER OF SPEEDY TRIAL**

Defendant, **JONATHAN LEE BECKETT**, by and through undersigned counsel, hereby freely and voluntarily waives his right to speedy trial under 18 U.S.C. § 3161 and the United Constitution through January 31, 2026.

**DATED** this __11__ day of August 2025.


_____          /s Samuel Landes _____
Jonathan Lee Beckett                      Samuel Landes, Esq.
Defendant                                 D.C. Bar No. 1552625
                                          Assistant Federal Defender
                                          400 N. Tampa Street, Suite 2700
                                          Tampa, FL  33602
                                          Telephone: (813) 228-2715
                                          Facsimile: (813) 228-2562
                                          Email: Samuel_Landes@fd.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August 2025, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to:

David W.A. Chee, AUSA

/s Samuel Landes
Samuel Landes, Esq.
Assistant Federal Defender