# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:24-cr-567-AEP | DATE: | August 18, 2025 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA**<br>　　　　　**Plaintiff,**<br>**v.** | | **GOVERNMENT COUNSEL**<br>David Chee AUSA | |
| **JONATHAN LEE BECKETT**<br>　　　　　**Defendant.** | | **DEFENDANT'S COUNSEL**<br>Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 9:57 to 10:02　　TOTAL: 5 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:** STATUS CONFERENCE: (via zoom)

The defendant is not present.

Notice has been filed by the defendant of intent to pursue the insanity defense.

Defendant has filed a waiver of speedy trial through the end of January 2026.

Proffer of counsel.

AUSA is deciding if an independent examination should be done.

Telephonic status September 15 at 10:00 am.

Anticipate a November trial.