**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:24-cr-567-AEP | **DATE:** | September 25, 2025 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA** <br> **Plaintiff,** <br> **v.** | | **GOVERNMENT COUNSEL** <br> David Chee AUSA | |
| **JONATHAN LEE BECKETT** <br> **Defendant.** | | **DEFENDANT'S COUNSEL** <br> Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 10:03 to 10:07 TOTAL: 4 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:** STATUS CONFERENCE: (via telephone)

The defendant is not present.

The government is in the process of getting a doctor to evaluate the defendant.

Defendant is moving for a trial in January.

Speedy trial waiver to be filed that includes through the end of January 2026.

Telephonic status Oct 17 at 10:00 am.