# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:24-cr-567-AEP | **DATE:** | October 17, 2025 |
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA**<br>        **Plaintiff,**<br>**v.**<br><br>**JONATHAN LEE BECKETT**<br>        **Defendant.** | | **GOVERNMENT COUNSEL**<br>David Chee AUSA (telephonic) | |
| | | **DEFENDANT'S COUNSEL**<br>Sam Landes AFPD (in person) | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 1:26 to 1:31        **TOTAL:** 5 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    STATUS CONFERENCE:

The defendant is not present.

AUSA has received funding for an evaluation of the defendant.   It should be done in November.

The defendant is moving for a trial in January, with an estimated length of 2-3 days. Scheduled for Jan 26.

A speedy trial was waived through January 31, 2026. Continuance is outweighed etc.

Telephonic status January 9 at 12:30 pm.