UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-cr-567-KKM-AEP

JONATHAN LEE BECKETT

## **MOTION TO WITHDRAW**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney David J. Pardo in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney David W. Chee.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ David J. Pardo*
David J. Pardo
Assistant United States Attorney
Florida Bar No. 61284
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Pardo@usdoj.gov

**U.S. v. JONATHAN LEE BECKETT     Case No. 8:24-cr-567-KKM-AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Attorney of Record

> /s/ *David J. Pardo*
> David J. Pardo
> Assistant United States Attorney
> Florida Bar No. 61284
> 400 N. Tampa St., Ste. 3200
> Tampa, FL 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: David.Pardo@usdoj.gov