UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATESD OF AMERICA

v.                                    CASE NO: 8:24-cr-567-AEP

JONATHAN LEE BECKETT


## **NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney David W.A. Chee and Assistant United States Attorney David J. Pardo.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:     */s/ David Rehfuss*
        David Rehfuss
        Assistant United States Attorney
        United States Attorney No. 228
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: David.Rehfuss@usdoj.gov

**United States v. Beckett**  Case No. 8:10-cr-35-WFJ-CPT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

By: */s/ David Rehfuss*
David Rehfuss
Assistant United States Attorney
United States Attorney No. 228
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Rehfuss@usdoj.gov