# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:24-cr-567-KKM-AEP**

**JONATHAN LEE BECKETT**

_____/

## AMENDED NOTICE OF INTENT TO ADMIT EXPERT EVIDENCE OF DEFENDANT'S MENTAL CONDITION UNDER FED. R. CRIM. P. 12.2

**NOW COMES** Defendant, Jonathan Lee Beckett, by and through undersigned counsel, and provides this Court and the Government with notice of his intent to admit expert evidence regarding Defendant's mental status under Fed. R. Crim. P. 12.2(b), and to assert an insanity defense under Fed. R. Crim. P. 12.2(a).

DATED this 16th day of December 2025.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

_/s **Samuel E. Landes**_____
Samuel E. Landes
D.C. Bar No. 1552625
Assistant Federal Public Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:   (813) 228-2715
Facsimile:    (813) 228-2562
Email:  Samuel_Landes@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th of December 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA David Chee.

/s *Samuel E. Landes*
Samuel E. Landes
Assistant Federal Public Defender