**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:24-cr-567-AEP | **DATE:** | January 9, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA**<br>                    **Plaintiff,**<br>**v.** | | **GOVERNMENT COUNSEL**<br>David Rehfuss AUSA | |
| **JONATHAN LEE BECKETT**<br>                    **Defendant.** | | **DEFENDANT'S COUNSEL**<br>Sam Landes AFPD | |
| **COURT REPORTER:**  DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:   12:31 to 12:38      TOTAL:   7 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    STATUS CONFERENCE: telephonic

The defendant is not present.

Joint oral motion to continue the trial for two "cycles" (Months) for purposes of evaluation.

Oral motion granted, trial continued to March 30, 2026. Est length 2-3 days.

Speedy trial was waived through January 31, 2026.

Next telephonic status March 5, 2026 at 2:00 pm.