# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:24-cr-567-AEP

JONATHAN LEE BECKETT

_____/

## LIMITED WAIVER OF SPEEDY TRIAL

Defendant, **JONATHAN LEE BECKETT**, by and through undersigned counsel, hereby freely and voluntarily waives his right to speedy trial under 18 U.S.C. § 3161 and the United Constitution through March 31, 2026.

**DATED** this __14th__ day of January 2026.

_____
Jonathan Lee Beckett
Defendant

/s Samuel Landes _____
Samuel Landes
D.C. Bar No. 1552625
Assistant Federal Public Defender
400 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Samuel_Landes@fd.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January 2026, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to:

David W.A. Chee, AUSA

/s Samuel Landes
Samuel Landes
Assistant Federal Public Defender