# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-567-AEP | DATE: | January 15, 2026 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA** Plaintiff, v. | | **GOVERNMENT COUNSEL** David Rehfuss AUSA | |
| **JONATHAN LEE BECKETT** Defendant. | | **DEFENDANT'S COUNSEL** Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 1:02 to 1:04     TOTAL: 2 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:** STATUS CONFERENCE: zoom

The defendant is not present.

Defendant has filed a speedy trial through March 31, 2026. Court accepts the waiver of speedy trial.

Oral motion to continue trial is granted.

The Court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, the reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.

Per AUSA the budget has been approved for the defendant's evaluation.

Next telephonic status March 5, 2026 at 2:00 pm.