# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-567-AEP | DATE: | March 5, 2026 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br>**v.** | | **GOVERNMENT COUNSEL**<br>Dan Baeza AUSA | |
| **JONATHAN LEE BECKETT**<br>**Defendant.** | | **DEFENDANT'S COUNSEL**<br>Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 1:51 to 1:56      TOTAL: 5 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:**     STATUS CONFERENCE: telephonically

The defendant is not present.

Evaluation was scheduled for last week.   However, the defendant was injured in an accident, and the evaluation was rescheduled for today.

Procedural history was placed upon the record.

Defendant does not oppose a continuance of the trial, citing the AUSA's unavailability.

Zoom status conference: March 20, 2026 at 10:00 am.