UNITED STATESD OF AMERICA

v.                                    CASE NO: 8:24-cr-567-AEP

JONATHAN LEE BECKETT


**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney David W. Rehfuss.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:    */s/ Daniel Baeza*
       Daniel Baeza
       Assistant United States Attorney
       United States Attorney No. 164
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Daniel.Baeza@usdoj.gov

**US v. Jonathan Lee Beckett**       **Case No. 8:24-cr-567-AEP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

/s/ *Daniel Baeza*
Daniel Baeza
Assistant United States Attorney
United States Attorney No. 164
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov