**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:24-cr-567-AEP | **DATE:** | March 20, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA**<br>                    **Plaintiff,**<br>v.<br><br>**JONATHAN LEE BECKETT**<br>                    **Defendant.** | | **GOVERNMENT COUNSEL**<br>Dan Baeza AUSA | |
| | | **DEFENDANT'S COUNSEL**<br>Sam Landes AFPD | |
| **COURT REPORTER:**  DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:   10:00 to 10:06      TOTAL:   6 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    STATUS CONFERENCE: zoom

The defendant is not present.

Psychological evaluation was conducted, and a report was provided.

Recommendation for pretrial diversion is being made.

AUSA has a conflict with March 30 for the trial date.

Defendant will be filing a written waiver through the end of April.

The court will extend the speedy trial through April 30.

The Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. This time is, therefore, deemed EXCLUDABLE from the speedy trial calculation.

Status conference via zoom - April 6 at 10:00

Trial – April 13.