**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:24-cr-567-AEP | DATE: | April 6, 2026 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br>**v.**<br><br>**JONATHAN LEE BECKETT**<br>**Defendant.** | | **GOVERNMENT COUNSEL**<br>Dan Baeza AUSA | |
| | | **DEFENDANT'S COUNSEL**<br>Sam Landes AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 12:30 to 12:35    **TOTAL:** 5 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:** STATUS CONFERENCE: zoom

The defendant is not present.

Procedural history placed upon the record.

Defendant to submit a waiver of speedy trial

Pretrial diversion is still pending.

Scheduling – psychologists' availability, not in April.   Proposing May 18.

Trial tentatively scheduled for May 18.

Status conference:    April 28 at 3:00 pm.