# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:24-cr-567-AEP**

**JONATHAN LEE BECKETT**

_____/

## LIMITED WAIVER OF SPEEDY TRIAL

Defendant, **JONATHAN LEE BECKETT**, by and through undersigned counsel, hereby freely and voluntarily waives his right to speedy trial under 18 U.S.C. § 3161 and the United Constitution through May 31, 2026.

**DATED** this 6th day of April 2026.

_____
Jonathan Lee Beckett
Defendant

/s Samuel Landes _____
Samuel Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, FL  33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2026, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to:

David W.A. Chee, AUSA

*Samuel Landes*
_____
Samuel Landes
Assistant Federal Public Defender