**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:24-cr-567-AEP | DATE: | April 28, 2026 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **UNITED STATES OF AMERICA** <br> **Plaintiff,** <br> **v.** <br><br> **JONATHAN LEE BECKETT** <br> **Defendant.** | | **GOVERNMENT COUNSEL** <br> Mike Buchanan for Dan Baeza AUSA | |
| | | **DEFENDANT'S COUNSEL** <br> Ryan Maguire AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME: 3:00 to 3:05 TOTAL: 5 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    STATUS CONFERENCE: zoom

The defendant is not present.

Procedural history placed upon the record.

Pretrial diversion is still pending.

Trial tentatively scheduled for May 18.

Status conference:   9:45 am on May 8