UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                         CASE NO. 8:24-cr-567-AEP

JONATHAN LEE BECKETT

## UNOPPOSED MOTION TO STAY CASE

The United States requests that the Court stay all pretrial deadlines and a trial date pursuant to a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The undersigned conferred with counsel for the defendant and there is no objection to the requested relief.

Good cause exists for the motion because the defendant is undergoing pretrial diversion which, if completed successfully, would negate the need for a trial and further litigation in this case.

## Conclusion

Based on the foregoing, and for good cause shown, the unopposed motion should be granted.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:   /s/ *Daniel Baeza*
DANIEL BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov

2

**U.S. v. Beckett**                    **Case No. 8:24-cr-567-AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Defense Counsel of Record

/s/ *Daniel Baeza*
DANIEL BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov

3